## R. J. Kittredge, Plaintiff in Error, v. Union Life Insurance Company, Defendant in Error.

### Gen. No. 22,347. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Reversed and remanded. Opinion filed October 31, 1917.

### Statement of the Case.

Action by R. J. Kittredge, plaintiff, against the Union Life Insurance Company, defendant, for money had and received. To reverse a judgment for defendant, plaintiff prosecutes this writ of error.

LEVIN & KRINSKY, for plaintiff in error; HARRY H. KRINSKY, of counsel.

EASTMAN, WHITE & HAWXHURST, for defendant in error; RALPH R. HAWXHURST, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

ASSUMPSIT, ACTION OF, § 84*—*what constitutes prima facie case in action by stockholder against insurance company for money had and received.* In an action by a stockholder in an insurance company against the company to recover money had and received, the evidence showed that plaintiff attended a meeting of the stockholders, officers and directors of defendant, at which the demand of the State insurance department that the impairment of defendant's capital be remedied was discussed, and gave his check, as did others, receiving therefor a receipt, signed as "trustee" by one present at the meeting, which acknowledged the receipt of the money in full payment of a certain number of shares of defend-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ant's stock "same to be issued in case impairment is removed, otherwise money to be returned to him"; that the amounts thus collected were turned over to another; that the latter delivered a check for the amount to defendant; that the impairment was subsequently removed; that plaintiff thereafter demanded from defendant the return of the amount paid by him and such demand was refused, and plaintiff's statement of claim sets up that defendant received from plaintiff money without consideration and that there is an implied promise to pay it back. *Held*, that by such evidence plaintiff made out a prima facie case consistent with the declaration.

## Margaret Welch, Appellant, v. Chicago City Railway Company, Appellee.

### Gen. No. 22,367.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. VICTOR P. ARNOLD, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed October 31, 1917.

### Statement of the Case.

Action by Margaret Welch, plaintiff, against the Chicago City Railway Company, defendant, to recover for personal injuries. From a judgment for defendant upon a directed verdict, plaintiff appeals.

FRANCIS E. CROARKIN, for appellant.

J. R. GUILLIAMS and F. L. KRIETE, for appellee.

MR. JUSTICE TAYLOR delivered the opinion of the court.